UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

JAMES LANE,

    Plaintiff,

v.

NANCY BERRYHILL,
Acting Commissioner of
Social Security,

    Defendant.

CV616-024

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation (R&R), to which no objections have been filed. Accordingly, the Court **ADOPTS** the R&R as its opinion, affirms the Acting Commissioner's final decision, closes this civil action, and directs the Clerk to enter final judgment in favor of the Acting Commissioner.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of March, 2017.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA