IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| JAMES LANE, | * | |
| Plaintiff, | * | |
| v. | * | CV 616-024 |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | * | |
| Defendant. | * | |

**O R D E R**

The Court previously adopted the Magistrate Judge's Report and Recommendation in this case. (Doc. 37.) In its adoption order, however, the Court mistakenly stated that no objections to the Report and Recommendation had been filed. Because Plaintiff did file an objection (doc. 36), the Court **VACATES** its prior adoption order. And after careful review, the Court **OVERRULES** Plaintiff's objections and once again **ADOPTS** the Report and Recommendation as its opinion. The Clerk is directed to **AMEND THE JUDGMENT** accordingly. This case will remain closed.

**ORDER ENTERED** at Augusta, Georgia this 13th day of March, 2017.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA